No. 58, Misc.  ROBARE v. MICHIGAN. Certiorari denied.

No. 59, Misc.  WHEELER v. RAGEN, WARDEN. Certiorari denied.

No. 61, Misc.  RAWLS v. UNITED STATES. Certiorari denied. Petitioner *pro se. Solicitor General Perlman* for the United States.

No. 62, Misc.  BROWN v. RAGEN, WARDEN. Certiorari denied.

No. 63, Misc.  TELFIAN v. SANFORD, WARDEN. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 64, Misc.  RHEIM v. NEW YORK. Certiorari denied.

No. 68, Misc.  UPSHAW v. NEW YORK. Certiorari denied.

No. 69, Misc.  GALLOWAY v. MISSOURI. Certiorari denied.

No. 70, Misc.  FIELDS v. STEWART, WARDEN. Certiorari denied.

No. 71, Misc.  SCHULTZ v. ILLINOIS. Certiorari denied.

No. 73, Misc.  PERRITANO v. NEW YORK. Certiorari denied.